In the Matter of the Claim of ALEX SEPOS, Respondent, against VAN EPPS CONSTRUCTION COMPANY et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and Schenck, JJ.